IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIEL JACOBO-ROSAS,

      Plaintiff,

vs.                                        No. CV 21-00789 KG/GBW

UNITED STATES ATTORNEY,

      Defendant.

## JUDGMENT

**THIS MATTER** came before the Court under 28 U.S.C. § 1915A, 28 U.S.C. § 1915(e)(2)(B), and Fed. R. Civ. P. 12(b)(6) on the Civil Complaint filed by Plaintiff Gabriel Jacobo-Rosas (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing all claims for failure to state a claim on which relief can be granted, for lack of standing, and as frivolous and malicious,

**IT IS ORDERED** that **JUDGMENT** is entered and all claims in the Civil Complaint filed by Plaintiff Gabriel Jacobo-Rosas (Doc. 1) are **DISMISSED** with prejudice.

_____
UNITED STATES DISTRICT JUDGE